# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: LI, YALI | § | Case No. 13-40703 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS E. SPRINGER, TRUSTEE   , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

     The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL  60604

     Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:30am on 01/29/2016 in Courtroom 240, United States Courthouse,
Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed  / /  _____    By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LI, YALI  § Case No. 13-40703
  §
  §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,500.00 |
| **Balance on hand:** | $ 7,500.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,500.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 3,790.00 | 0.00 | 3,790.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 78.44 | 0.00 | 78.44 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,718.44 |
| Remaining balance: | $ 1,781.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,781.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,781.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,286.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,087.02 | 0.00 | 236.18 |
| 2 | American Express Centurion Bank | 4,331.24 | 0.00 | 331.37 |
| 3 | American Express Bank, FSB | 7,277.22 | 0.00 | 556.75 |
| 4 | Portfolio Recovery Associates, LLC | 2,005.75 | 0.00 | 153.45 |
| 5 | Capital Recovery V, LLC | 1,234.67 | 0.00 | 94.46 |
| 6 | PYOD, LLC its successors and assigns as assignee | 2,890.73 | 0.00 | 221.16 |
| 7 | Portfolio Recovery Associates, LLC | 2,459.74 | 0.00 | 188.19 |

Total to be paid for timely general unsecured claims: $ 1,781.56
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Case 13-40703   Doc 28   Filed 01/06/16   Entered 01/08/16 23:34:35   Desc Imaged
Certificate of Notice   Page 5 of 7

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By:  /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-40703-DRC
Yali Li                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan           Page 1 of 2           Date Rcvd: Jan 06, 2016
                              Form ID: pdf006           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2016.
```
db          +Yali Li,    742 Lindsay Circle,   North Aurora, IL 60542-9059
21116246    +A.G. Dental P.C.,    1112 S. Washington St., Suite 211,    Naperville, IL 60540-7964
21116247    +American Express,    P.O. Box 981535,   El Paso, TX 79998-1535
21551775     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
21444256     American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
21116249    +Bill Me Later,    P.O. Box 105658,   Atlanta, GA 30348-5658
21116251    +Citi Cards,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
21116252    +City Of Chicago,    121N. LaSalle - Room 107,   Chicago, IL 60602-1232
21116254    +DuPage Medical Group,    815 Commerce Dr., Suite 270,   Oak Brook, IL 60523-8852
21116257   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH  45263)
21116258    +Fox Valley Radiation Oncology LLC,    39376 Treasury Center,   Chicago, IL 60694-9300
21116245    +Gilbert R Dizon Attorney at Law PC,    524 W State Street Suite B,   Geneva, IL 60134-2169
21116260    +Home Depot CBNA,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
21116261    +John C. Bonewicz, P.C.,    350 N. Orleans St., Suite 300,    Chicago, IL 60654-1607
21116244    +Li Yali,    742 Lindsay Circle,   North Aurora, IL 60542-9059
21116262    +Medco Health Solutions Inc.,    4865 Dixie Highway,   Fairfield, OH 45014-1932
21116263    +Medical Business Bureau,    P.O. Box 1219,   Park Ridge, IL 60068-7219
21116264    +Merchants Credit Guide,    223 W. Jackson Blvd., Suite 900,    Chicago, IL 60606-6912
21116266    +Myriad Genetic,    320 Wakara Way,   Salt Lake City, UT 84108-1214
21116267    +Nextcard Inc.,    1620 Didge Street,   Omaha, NE 68197-0003
21116268    +Northland Group Inc.,    P.O. Box 390846,   Minneapolis, MN 55439-0846
21116270    +Revenue Cycle Solutions,    2651 Warrenville Rd., Suite 500,    Downers Grove, IL 60515-5559
21116271    +Sears Citibank,    P.O. Box 6241,   Sioux Falls, SD 57117-6241
21116272    +United Collection Bureau Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21116250     +E-mail/Text: ebn@squaretwofinancial.com Jan 07 2016 00:48:52      CACH LLC,
               4340 S. Monaco, 2nd Floor,   Denver, CO 80237-3485
21639252      E-mail/PDF: rmscedi@recoverycorp.com Jan 07 2016 00:50:49      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21116253      E-mail/Text: mrdiscen@discover.com Jan 07 2016 00:47:01      Discover Card,   P.O. Box 15316,
               Wilmington, DE  19850
21355739      E-mail/Text: mrdiscen@discover.com Jan 07 2016 00:47:01      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21116256     +E-mail/Text: bankruptcy@edward.org Jan 07 2016 00:48:52      Edward Hospital,
               801 S. Washington Street,   Naperville, IL 60540-7499
21116259     +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2016 00:51:00      GEMB Sam's Club,
               P.O. Box 530981,   Atlanta, GA 30353-0981
21116265     +E-mail/Text: mmrgbk@miramedrg.com Jan 07 2016 00:48:20      MiraMed Revenue Group,    Dept. 77304,
               P.O. Box 77000,   Detroit, MI 48277-2000
21116269      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 07 2016 00:50:46
               Portfolio Recovery Associates,   P.O. Box 12914,    Norfolk, VA  23541
21629556      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 07 2016 00:50:46
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
21629559      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 07 2016 00:51:20
               Portfolio Recovery Associates, LLC,   successor to CITIBANK, N.A.,    PO Box 41067,
               Norfolk, VA 23541
21639763     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2016 00:51:07
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
21116273     +E-mail/Text: bnc@ursi.com Jan 07 2016 00:47:08      United Recovery Systems LP,
               P.O. Box 722910,   Houston, TX 77272-2910
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21116248    ##+Baker Miller PC,    29 N. Wacker Dr., Suite 500,   Chicago, IL 60606-3227
21116255    ##+DuPage Valley Anesthesiologists LTD,    185 Penny Ave.,   East Dundee, IL 60118-1455
                                                                                  TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: esullivan          Page 2 of 2          Date Rcvd: Jan 06, 2016
                              Form ID: pdf006          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2016 at the address(es) listed below:
              Gilbert R. Dizon    on behalf of Debtor 1 Yali  Li gdizon@dizonyoung.com,
               G2843@notify.cincompass.com
              Joshua D. Greene    on behalf of Trustee Thomas E Springer jgreene@springerbrown.com,
               iprice@springerbrown.com;jkrafcisin@springerbrown.com
              Joshua D. Greene    on behalf of Plaintiff Thomas E Springer jgreene@springerbrown.com,
               iprice@springerbrown.com;jkrafcisin@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
               com
                                                                                             TOTAL: 6
```