**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LI, YALI                                                         § Case No. 13-40703
                                                                        §
                                                                        §
                                                                        §
Debtor(s)                                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $7,851.00                        Assets Exempt: $7,851.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,781.56         Claims Discharged
                                                   Without Payment: $21,504.81

Total Expenses of Administration: $5,718.44

---

   3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,718.44 | 5,718.44 | 5,718.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 23,286.37 | 23,286.37 | 1,781.56 |
| **TOTAL DISBURSEMENTS** | $0.00 | $29,004.81 | $29,004.81 | $7,500.00 |

4) This case was originally filed under Chapter 7 on October 17, 2013. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2016        By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Transfer to Barbara Kraut | 1141-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Clerk of the US Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 3,790.00 | 3,790.00 | 3,790.00 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 78.44 | 78.44 | 78.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$5,718.44** | **$5,718.44** | **$5,718.44** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 3,087.02 | 3,087.02 | 236.18 |
| 2 | American Express Centurion Bank | 7100-000 | N/A | 4,331.24 | 4,331.24 | 331.37 |
| 3 | American Express Bank, FSB | 7100-000 | N/A | 7,277.22 | 7,277.22 | 556.75 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,005.75 | 2,005.75 | 153.45 |
| 5 | Capital Recovery V, LLC | 7100-000 | N/A | 1,234.67 | 1,234.67 | 94.46 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,890.73 | 2,890.73 | 221.16 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,459.74 | 2,459.74 | 188.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $23,286.37 | $23,286.37 | $1,781.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-40703
**Case Name:** LI, YALI

**Period Ending:** 04/19/16

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 10/17/13 (f)
**§341(a) Meeting Date:** 11/15/13
**Claims Bar Date:** 03/20/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence is titled under Debtor's spouse. Debt | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account - Chase Bank<br>Checking account - Chase Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishing of various ages.<br>Household goods and furnishing of various ages. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel<br>Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Zurich life insurance - term policy with no cash<br>Zurich life insurance - term policy with no cash value | 1.00 | 0.00 | | 0.00 | FA |
| 7 | 401k<br>401k | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2004 Honda Pilot<br>2004 Honda Pilot | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | Transfer to Barbara Kraut<br>Listed in Debtor's SOFA #3; | 10,000.00 | 10,000.00 | | 7,500.00 | FA |
| 9 | **Assets    Totals** (Excluding unknown values) | **$17,851.00** | **$10,000.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to file fraudulent transfer/preference adversary against Barbara Kraut and Fifth Third Bank (check made payable to FifthThird Bank ) for payment of $10,000 in September, 2013

**Initial Projected Date Of Final Report (TFR):**   September 15, 2015     **Current Projected Date Of Final Report (TFR):**   December 23, 2015  (Actual)

Printed: 04/19/2016 12:16 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-40703  
**Case Name:** LI, YALI  
**Taxpayer ID #:** **-***0906  
**Period Ending:** 04/19/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****961766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/15 | {9} | Fifth Third Bank | Settlement Payment | 1141-000 | 7,500.00 | | 7,500.00 |
| 02/02/16 | 101 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 7,150.00 |
| 02/02/16 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $3,790.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,790.00 | 3,360.00 |
| 02/02/16 | 103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $78.44, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 78.44 | 3,281.56 |
| 02/02/16 | 104 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,500.00, Trustee Compensation; Reference: | 2100-000 | | 1,500.00 | 1,781.56 |
| 02/02/16 | 105 | Discover Bank | Dividend paid 7.65% on $3,087.02; Claim# 1; Filed: $3,087.02; Reference: | 7100-000 | | 236.18 | 1,545.38 |
| 02/02/16 | 106 | American Express Centurion Bank | Dividend paid 7.65% on $4,331.24; Claim# 2; Filed: $4,331.24; Reference: | 7100-000 | | 331.37 | 1,214.01 |
| 02/02/16 | 107 | American Express Bank, FSB | Dividend paid 7.65% on $7,277.22; Claim# 3; Filed: $7,277.22; Reference: | 7100-000 | | 556.75 | 657.26 |
| 02/02/16 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 7.65% on $2,005.75; Claim# 4; Filed: $2,005.75; Reference: | 7100-000 | | 153.45 | 503.81 |
| 02/02/16 | 109 | Capital Recovery V, LLC | Dividend paid 7.65% on $1,234.67; Claim# 5; Filed: $1,234.67; Reference: | 7100-000 | | 94.46 | 409.35 |
| 02/02/16 | 110 | PYOD, LLC its successors and assigns as assignee | Dividend paid 7.65% on $2,890.73; Claim# 6; Filed: $2,890.73; Reference: | 7100-000 | | 221.16 | 188.19 |
| 02/02/16 | 111 | Portfolio Recovery Associates, LLC | Dividend paid 7.65% on $2,459.74; Claim# 7; Filed: $2,459.74; Reference: | 7100-000 | | 188.19 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,500.00 | 7,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,500.00 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.00** | **$7,500.00** | |

{} Asset reference(s)

Printed: 04/19/2016 12:16 PM   V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-40703  
**Case Name:** LI, YALI

**Taxpayer ID #:** **-***0906  
**Period Ending:** 04/19/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****961766 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****961766 | 7,500.00 | 7,500.00 | 0.00 |
|  | $7,500.00 | $7,500.00 | $0.00 |

{} Asset reference(s)

Printed: 04/19/2016 12:16 PM    V.13.25